PEOPLE ex rel. HUNTINGTON et al. v. CRENNAN, Justice of the Peace.

(Supreme Court, General Term, Second Department.   December 1, 1893.)

FISHERIES—RIGHT TO FINES—STATUTE.
> Laws 1893, c. 573, § 238, providing that fines collected in actions for violating the fish laws shall be disbursed by the board of commissioners of fisheries, is not retrospective, and therefore does not affect the title of the county, to whose treasurer such sums were payable at the time of their collection.

Appeal from special term, Kings county.

Application by Lawrence D. Huntington and others, constituting the board of commissioners of fisheries of the state of New York, for mandamus to compel John J. Crennan, as justice of the peace, to pay over to said board certain fines imposed by him in violation of the game act.   Theretofore such fines were payable to the county treasurer.   There was judgment in favor of defendant, and relators appeal.   Affirmed.

Argued before BARNARD, P. J., and PRATT, J.

Edward G. Whitaker, for appellants.
Martin J. Keogh, for respondent.

PRATT, J.   We think the court below correctly held that the law of 1893 [1] cannot be given a retrospective effect, so as to change the title to the moneys already in the hands of the defendant.   Order affirmed, with costs.

---

[1] Laws 1893, c. 573, § 238, provides that the amount of fine imposed or penalties recovered or collected in violation of the act shall be paid over to the board of commissioners thereinafter provided.